

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2011R01342                      *271 Cadman Plaza East*
                                           *Brooklyn, New York  11201*

January 24, 2012

<u>Via ECF</u>

The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:   United States v. John Doe
                    <u>Criminal Docket No. 12-057 (SLT)</u>

Dear Judge Townes:

        The government respectfully submits this letter to provide public notice that it has filed an <u>ex</u> <u>parte</u> letter moving to close the courtroom for a proceeding.  A hearing on the government's motion is scheduled for 3 p.m. on January 25, 2012.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

            By:   /S/
                                    Nicole M. Argentieri
                                    Rachel Nash
                                    Assistant U.S. Attorneys
                                    (718) 254-6232/6072